| | |
|---|---|
| COMPUCREDIT HOLDINGS CORPORATION, | Civil No. 10-1213 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| AKANTHOS CAPITAL MANAGEMENT, LLC, *et al.*, | |
| Defendants. | |

Christopher Madel and K. Craig Wildfang, **ROBINS KAPLAN MILLER & CIRESI LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiff.

Jeff Ross, **ROSS & ORENSTEIN LLC,** 100 South Fifth Street, Suite 1200, Minneapolis, MN 55402, for defendants.

This matter is before the Court on defendant's request for leave to exceed the 12,000 word count limitation in support of their motion for Judgment on the Pleadings and to Strike Allegations in the Complaint [Docket No. 43].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** defendant's request is **GRANTED.** The briefing limit for the defendant's opening and reply brief shall not exceed 14,000 words total.

DATED: July 15, 2010
at Minneapolis, Minnesota.

                                                            _____ s/ John R. Tunheim _____
                                                                JOHN R. TUNHEIM
                                                          United States District Judge